1  Patricia P. Hollenbeck (SBN 121765)
   Michelle Hon Donovan (SBN 234492)
2  Heather U. Guerena (SBN 238122)
   Jess R. Booth (SBN 245430)
3  Duane Morris LLP
   750 B Street, Suite 2900
4  San Diego, CA 92101-4681
   Telephone: 619 744 2200
5  Facsimile:  619 744 2201
   E-mail:       phollenbeck@duanemorris.com
6                 mhdonovan@duanemorris.com
                   huguerena@duanemorris.com
7                 jrbooth@duanemorris.com

8  Attorneys for Defendant,
   DR. LAWRENCE P. RUDOLPH
9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12                  **SOUTHERN DIVISION**

13

14
   SAFARI CLUB INTERNATIONAL, and          Case No.: 13-cv-01989 JVS (ANx)
15 JOHN WHIPPLE, an Individual,
                                           **DEFENDANT'S NOTICE OF**
16            Plaintiff,                    **SPECIAL MOTION TO STRIKE**
                                           **PLAINTIFFS' VERIFIED FIRST**
17     v.                                  **AMENDED COMPLAINT [CAL.**
                                           **CODE CIV. PRO. § 425.16]**
18 DR. LAWRENCE P. RUDOLPH, and
   DOES 1 THROUGH 10 INCLUSIVE,
19
              Defendants.
20

21

22      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23      PLEASE TAKE NOTICE that on April 21, 2014 at 1:30 p.m., or as soon

24 thereafter as the matter may be heard in Courtroom 10C of the above-entitled Court,

25 Defendant Dr. Lawrence P. Rudolph, (the "Defendant" or "Dr. Rudolph") will move

26 and hereby does move this Court for an order striking the Verified First Amended

27 Complaint in this matter in its entirety, with prejudice and without leave to amend

28 pursuant to California Code of Civil Procedure Section 425.16.

---

NOTICE OF MOTION TO STRIKE PLAINTIFFS' VERIFIED FIRST AMENDED COMPLAINT

DM1\4539027.1

1    Defendant brings this Special Motion to Strike upon the grounds that Plaintiffs

2  have filed a "strategic lawsuit against public participation" (SLAPP).  The conduct

3  Plaintiffs complain of concerns Defendant's rights of free speech and, thus, is subject

4  to California's anti-SLAPP Statute.  Cal. Civ. Proc. Code § 425.16.  Section

5  425.16(b)(1) requires that the Verified First Amended Complaint be stricken unless

6  Plaintiffs demonstrate a probability of prevailing on their claims against Defendant.

7  Plaintiffs cannot do so for myriad reasons, which are discussed at length in the

8  accompanying Memorandum of Points and Authorities.  In brief, Plaintiffs had no

9  expectation of privacy in Plaintiff Whipple's conversation with Defendant, and

10  Defendant's conduct was not highly offensive or objectively unreasonable.

11    This Motion is based upon this Notice of Motion and Motion, the Memorandum

12  of Points and Authorities in support thereof, the supporting declaration of Dr.

13  Lawrence P. Rudolph, oral argument as permitted by the Court, and any such other

14  items that the Court deems appropriate.

15                              **Conference of Counsel**

16    This motion is made following the conference of counsel pursuant to L.R. 7-3

17  which took place on March 10, 2014.

18                                        Respectfully submitted,

19

20  Dated: March 19, 2014              **DUANE MORRIS LLP**

21                                        By:_____/s/ *Patricia P. Hollenbeck*_____
                                          Patricia P. Hollenbeck
22                                        Jess R. Booth
                                          Michelle Hon Donovan
23                                        Heather U. Guerena

24                                        Attorneys for Defendant,
                                          DR. LAWRENCE P. RUDOLPH
25

26

27

28

                                          2