Patricia P. Hollenbeck (SBN 121765)
Michelle Hon Donovan (SBN 234492)
Heather U. Guerena (SBN 238122)
Jess R. Booth (SBN 245430)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619 744 2200
Facsimile:  619 744 2201
E-mail:   phollenbeck@duanemorris.com
          jrbooth@duanemorris.com
          mhdonovan@duanemorris.com
          huguerena@duanemorris.com

Attorneys for Defendant,
DR. LAWRENCE P. RUDOLPH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, and JOHN WHIPPLE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>DR. LAWRENCE P. RUDOLPH, and DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | Case No.: 8:13-cv-01989 JVS (ANx)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES**<br><br>Ctrm:     10C<br>Judge:    Hon. James V. Selna |

Defendant Lawrence Rudolph's Ex Parte Application to Continue the Deadline to File Motion for Attorneys' Fees was filed and served on May 27, 2014.  Having reviewed Defendant's application and supporting Declaration of Patricia P. Hollenbeck, as well as any opposition filed by Plaintiffs, and good cause appearing,

IT IS HEREBY ORDERED:

Defendant's ex parte application to continue the deadline to file the motion for attorneys' fees is GRANTED.   Dr. Rudolph may file his motion for attorneys' fees no

1 | later than to **June 4 ,2014**.

2 |     IT IS SO ORDERED.

Dated: May 28, 2014

_____
Hon. James V. Selna
United States District Judge