Patricia P. Hollenbeck (SBN 121765)
Michelle Hon Donovan (SBN 234492)
Heather U. Guerena (SBN 238122)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619 744 2200
Facsimile: 619 744 2201
E-mail: phollenbeck@duanemorris.com
mhdonovan@duanemorris.com
huguerena@duanemorris.com

Attorneys for Defendant,
DR. LAWRENCE P. RUDOLPH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

SAFARI CLUB INTERNATIONAL, and JOHN WHIPPLE, an Individual,

Plaintiff,

v.

DR. LAWRENCE P. RUDOLPH, and DOES 1 THROUGH 10 INCLUSIVE,

Defendants.

Case No.: 13-cv-01989 JVS (ANx)

**DEFENDANT'S REPRESENTATION STATEMENT PURSUANT TO F.R.A.P. 12(b) & CIRCUIT RULE 3-2(b)**

Ctrm: 10C
Judge: Hon. James V. Selna

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Defendant Dr. Lawrence P. Rudolph, by and through his counsel of record, Heather U. Guerena of Duane Morris LLP, hereby identifies the following parties and their attorneys of record as follows:

/ / /

/ / /

/ / /

## I. COUNSEL FOR DEFENDANT DR. LAWRENCE P. RUDOLPH

Patricia P. Hollenbeck (SBN 121765)
Michelle Hon Donovan (SBN 234492)
Heather U. Guerena (SBN 238122)
DUANE MORRIS LLP
750 B Street, Suite 2900
San Diego, CA 92101
Phone: 619-744-2200
Facsimile: 619-744-2201
E-mail: phollenbeck@duanemorris.com
mhdonovan@duanemorris.com
huguerena@duanemorris.com

## II. COUNSEL FOR PLAINTIFF SAFARI CLUB INTERNATIONAL

Vince M. Verde (SBN 202472)
Richard Y. Chen (SBN 225392)
Christian Keeney (SBN 269533)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626
Phone: 714-800-7900
Facsimile: 714-754-1298
E-mail: vince.verde@ogletreedeakins.com
richard.chen@ogletreedeakins.com
christian.keeney@ogletreedeakins.com

## III. COUNSEL FOR PLAINTIFF JOHN WHIPPLE

Joseph J. Nardulli (SBN 60256)
THE WOLF FIRM, A LAW CORPORATION
2995 Main Street, Second Floor
Irvine, CA 92614-2528
Phone: 949-612-2528
Facsimile: 949-608-0129
E-mail: joseph.nardulli@wolffirm.com

Dated: July 29, 2014

**DUANE MORRIS LLP**

By: *s/ Patricia P. Hollenbeck*
Patricia P. Hollenbeck
Michelle Hon Donovan
Heather U. Guerena
Attorneys for Defendant,
DR. LAWRENCE P. RUDOLPH